## Change of Address Obtained from Postal Mail Return:
## For Spouse Only

January 8, 2009



Linda M Miller
5619 Mary Lake Road
Waunakee, WI 53597-9126

RE: Case Number 08-12479-13