Trustee's Final Report and Account
Chapter 13 Proceeding

Page 1

**United States Bankruptcy Court**                                                                 **For The Western District of Wisconsin**

IN RE:
**Russell J & Linda M Miller**                                                                    Case Number **08-12479-13**

| Debtor's Address: | Date Filed | 5/16/2008 | Spouse Address: |
|---|---|---|---|
| 5352 Easy Street | Date Confirmed | / / | 5619 Mary Lake Road |
| Waunakee WI 53597 | Date Closed | 9/22/2008 | Waunakee WI 53597-9126 |

**Case Was Not Confirmed and Dismissed**

Pursuant to Bankruptcy Rule 2015(c) the Trustee for the above case has maintained a detailed record of all receipts and disbursements occurring in the above case. Copies of these detailed records are available through the Trustee, or have previously been filed with the Court, or are attached hereto, and as provided by Bankruptcy Rule 2015(c) are incorporated by reference in this report.

**Receipts**     Funds the Trustee has received from or for the Debtor total:      $5,573.44

**Disbursements**   The Trustee has paid the the following Creditors:

| CLM | Creditor Name | Type | Amt Filed | Prin Pd | Interest Pd | Bal Due |
|---|---|---|---|---|---|---|
| 1 | HOWARD A YOUNG | Not Filed | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | INTERNAL REVENUE SERVICE | Priority | 18,110.13 | 0.00 | 0.00 | 18,110.13 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured | 193,616.99 | 0.00 | 0.00 | 193,616.99 |
| 4 | WI DEPT OF REVENUE | Not Filed | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | CAPITAL ONE | Unsecured | 1,597.15 | 0.00 | 0.00 | 1,597.15 |
| 6 | CAPITAL ONE | Unsecured | 636.25 | 0.00 | 0.00 | 636.25 |
| 7 | LVNV FUNDING LLC | Unsecured | 1,896.71 | 0.00 | 0.00 | 1,896.71 |
| 8 | HARLEY DAVIDSON CHROME VISA | Not Filed | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | ASSET ACCEPTANCE LLC | Unsecured | 1,291.92 | 0.00 | 0.00 | 1,291.92 |
| 10 | LVNV FUNDING LLC/CITIBANK/SEARS | Unsecured | 1,359.00 | 0.00 | 0.00 | 1,359.00 |
| 11 | WWF VISA | Not Filed | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 | INTERNAL REVENUE SERVICE | Secured | 15,490.00 | 0.00 | 0.00 | 15,490.00 |
| 998 | William A. Chatterton Trustee | Administrative | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | Debtor Refund | Unsecured | 0.00 | 5,573.44 | 0.00 | 0.00 |

**Summary of Disbursements:**

| Claim Type | Amount Filed | Principal Paid | Interest Paid | Total Paid |
|---|---|---|---|---|
| Attorney | 0.00 | 0.00 | 0.00 | 0.00 |
| Administrative | 0.00 | 0.00 | 0.00 | 0.00 |
| Secured | 15,490.00 | 0.00 | 0.00 | 0.00 |
| Priority | 18,110.13 | 0.00 | 0.00 | 0.00 |
| Unsecured | 200,398.02 | 0.00 | 0.00 | 0.00 |
| Late Filed Claim | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 |
| Refunded to Debtor | 0.00 | 5,573.44 | 0.00 | 5,573.44 |
| **Total** | **233,998.15** | **5,573.44** | **0.00** | **5,573.44** |

The Standing Trustee for the above named case, certifies to the Court and the United States Trustee, that he has faithfully and properly fulfilled the duties of the Standing Trustee, and that the case has been fully administered. WHEREFORE the Standing Trustee prays that a Final Decreee be entered discharging him as Trustee and releasing him and his surety from any and all liability on account of the proceeding, and closing the estate, and for such other and further relief as is just.

/s/
William A. Chatterton

NO hearing will be scheduled in this matter unless requested in writing 30 days from the date appearing below:

| DATED | Marcia M. Anderson |
| --- | --- |
| | Clerk |
| March 9, 2009 | U.S. Bankruptcy Court |
| | 120 N. Henry |
| | PO Box 548 |
| | Madison, WI 53701-0548 |