U.S. Bankruptcy Court
120 N Henry St Rm 140
Madison WI 53703

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

FILED / RECEIVED
OCT 25 2019
8:00 AM
U.S. BANKRUPTCY COURT CLERK

In re: Russell J Miller and Linda M Miller

Case No. 08-12479

**PETITION TO CLAIM UNCLAIMED FUNDS FROM U.S. TREASURY**

Debtor(s)

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America, declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning to receive the total amount of $ $2,786.72 which is the sum of all monies deposited with the court by the case trustee on behalf of the creditor Russell J Miller and Linda M Miller.

2. Please check and complete the applicable subparagraph below.

    ☐ A. I am the creditor named in paragraph #1.

    ☐ B. I am an employee of the creditor named in paragraph #1 and my title is _____. The creditor is still legally entitled to the monies and I am authorized by the creditor to file this petition.

    ☐ C. I am the lawful attorney-in-fact or the creditor named in paragraph #1 and I am duly authorized by the attached original power of attorney to file this petition. I am aware of all pertinent state law requirements regarding such powers of attorney. The following is the creditor's address and phone number, and a brief history of the creditor (from filing of the claim to present), which includes, if applicable, identification of any sale of the company and the new and prior owner(s):

    ☑ D. Subparagraphs A and B above do not apply, but I am entitled to payment of such monies because (state basis for your claim):
    Cashfinders "R" Us has, via the Assignment, has become the creditor. The debt has been assigned. As the debt holder, we are collecting our money, respectfully.

3. I understand that, pursuant to 18 U.S.C. § 152, I may be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

4. On _____, a copy of this fully completed document was mailed to the U.S. Attorney, 660 West Washington Ave, Ste 303, Madison WI 53703, per 28 U.S.C. § 2042.

*Bruce Williams*   10/21/2019
Petitioner's Signature    Date

Bruce Williams of Cashfinders "R" Us
Petitioner's Name (Type or Print)

20555 Devonshire Street #308 Chatsworth, CA 91311
Petitioner's Address

45-3180838
Petitioner's Social Security Number or Tax Identification Number

01122

STATE OF California
COUNTY OF San Diego

On 21st of October 2019 before me personally appeared Bruce Williams, JR
    Date

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

The applicant who signed above is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)

_____
Notary Public

My Commission expires on: 06/08/2023

---

State of California, County of San Diego
Subscribed and Sworn to (or affirmed) before me this 21st day of October, 2019 by
Bruce Williams, JR
    Name of Signature(s)
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC

TRUNG M. TRAN
Notary Public - California
San Diego County
Commission # 2291992
My Comm. Expires Jun 8, 2023



## ASSIGNMENT

This Indenture is made the 26th day of August, 2019, between Russell Miller, ("Assignor"), residing at 707 Votech Drive | Watertown, WI 53095 and Cashfinders "R" Us ("Assignee").

For value received Russell Miller, hereby transfers, assigns and conveys, without recourse, or any representation, or warranty, express or implied, unto Cashfinders "R" Us located at 20555 Devonshire Street #308, Chatsworth, CA 91311, all its right, title, interest, powers, and options in, if any, for the Property and/or monies due unto him in Case No. 08-12479 held by the Court in the amount of $2,786.72.

Assignor directs the court to pay all monies being held to Assignee. However, if court cannot disburse the monies in the Assignee's name, then Assignor directs the court to send the check to the Assignee's address, in Assignor's name.

**Assignor confirmed his identity with a** Drivers license**, which we have attached a copy thereof.**

IN WITNESS WHEREOF, this assignment has been duly executed by the assignor the day and year first written above.

Notarized By: _(signature)_ , Notary's Printed Name: Samantha Seese
    Signature

STATE OF WI    COUNTY OF Jefferson   COMMISSION EXPIRES August 8, 2021

On the 26 day of August, 2019, Russel Miller appeared the above affiant, who being duly sworn, did depose and say he is in fact the Assignor, or the authorized representative of, and is authorized to execute this assignment.

Signed _(signature)_    Dated 08-26-2019
Russell Miller

_(Notary Public seal: Samantha Seese, State of Wisconsin)_

Please note – It is always recommended that you speak with an attorney prior to signing any documentation.



Bruce Williams

20555 Devonshire Street #308
Chatsworth, CA 91311
Phone: (323) 207-0447
bruce@cashfindersrus.com

*We Search the Earth to Improve Your Net Worth!*



Phone/Fax: (888) 844-0722